STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 83013)
ANDREW W. MORITZ (State Bar No. 191889)
MARCOS D. SASSO (State Bar No. 228905)
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086
LACalendar@stroock.com
Telephone: 310-556-5800
Facsimile: 310-556-5959

Attorneys for Defendants
 CITIBANK (SOUTH DAKOTA), N.A.
 and DISCOVER BANK, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA LINDA DAY and JUDITH-ANN ANDERSON,<br><br>　　　Plaintiffs,<br><br>　v.<br><br>LEVITZ FURNITURE, CITIBANK (SOUTH DAKOTA), N.A., CAPITAL ONE BANK, N.A., DISCOVER BANK, N.A., and DOES 1-100, inclusive,<br><br>　　　Defendants. | Case No. C-06-4623 WHA<br><br>[Assigned to the Honorable William H. Alsup]<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS CITIBANK (SOUTH DAKOTA), N.A., AND DISCOVER BANK, N.A. TO RESPOND TO PLAINTIFFS' COMPLAINT** |

50336525v1

STIPULATION AND [PROPOSED] ORDER - Case No. C-06-4623 WHA

## STIPULATION

WHEREAS, plaintiffs Diana Linda Day and Judith-Ann Anderson (together, "Plaintiffs") filed their First Amended Complaint on August 7, 2006;

WHEREAS, Plaintiffs mailed the First Amended Complaint with waivers of service to defendants Citibank (South Dakota), N.A. ("Citibank"), and Discover Bank, N.A. ("Discover") on or about August 30, 2006;

WHEREAS, instead of proceeding pursuant to waivers of service, counsel for Citibank and Discover have agreed to accept service of the First Amended Complaint subject to the following dates being set for their respective response deadlines pursuant to this Stipulation;

respond to the First Amended Complaint by answer, motion or otherwise by or before November 3, 2006;

WHEREAS, good cause for the extension exists because counsel for Citibank and Discover have not had adequate time to review and analyze the allegations of the First Amended Complaint, and the extension of time will allow counsel for Citibank and Discover to further investigate Plaintiffs' allegations and prepare appropriate responses to the First Amended Complaint; and

WHEREAS, the parties do not believe that the requested extension would otherwise affect the schedule for this case.

///
///
///

50336525v1

IT IS HEREBY STIPULATED, by and between Plaintiffs and Citibank and Discover, through their respective counsel of record, that the time for Citibank and Discover to respond to the First Amended Complaint by answer, motion or otherwise shall be extended to and including November 3, 2006.

IT IS SO STIPULATED.

Dated: September __, 2006

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
ANDREW W. MORITZ
MARCOS D. SASSO

By: _____
Andrew W. Moritz

Attorneys for Defendants
CITIBANK (SOUTH DAKOTA), N.A. and
DISCOVER BANK, N.A.

Dated: September 26, 2006

LAW OFFICES OF DUANE LIGHT
DUANE LIGHT

By: _____
Duane Light

Attorney for Plaintiffs
DIANA LINDA DAY and JUDITH-ANN ANDERSON

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 27, 2006



IT IS SO ORDERED
Judge William Alsup

_____
United States District Judge

-2-
STIPULATION AND [PROPOSED] ORDER